SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KEMP STRICKLAND, OSB #961185**
Kemp.Strickland@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00203-AN |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **FIDEL ALEJANDRO GARCIA-CABRERA,** | |
| **Defendant.** | |

**Introduction**

Defendant is 32 years old and is scheduled to be sentenced following an entry of a guilty plea to the indictment charging Possession with the Intent to Distribute five hundred grams or more of a mixture or substance containing methamphetamine. The parties stipulate the combined weight of methamphetamine defendant possessed with the intent to distribute was at least 1.5 but less than 5 kilograms. The parties further agree to reductions for safety-valve, acceptance of responsibility and zero-point offender. The government recommends a total sentence of 57 months imprisonment, followed by 5 years of supervised release. The facts of this case are not in dispute and are summarized in paragraphs 16-27 of the presentence report (PSR).

**Government's Sentencing Memorandum**                                                    **Page 1**

### A.  The Charges & Plea Agreement

On February 24, 2026, the defendant pled guilty to a single-count Indictment, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii).  The parties entered into a plea agreement in which defendant agreed to plead guilty to the indictment. As stated above and in the plea agreement, the parties agree that defendant's relevant conduct results in a Base Offense Level of 32 under U.S.S.G. § 2D1.1(c)(4), because he possessed with the intent to distribute at least 1.45 but less than 5 kilograms of a mixture or substance containing a detectable amount of methamphetamine.

### B.     The Low End of the Guideline Range is an Appropriate Sentence

The government recommends the defendant be sentenced to a 57-month low-end advisory guideline sentence followed by five years of supervised release. A lower sentence contravenes the §3553(a) factors, including the defendant's history and characteristics, the nature and seriousness of the offense, the need to provide just punishment and adequate deterrence, the need to promote respect for the law, and the need to protect the public from further crimes committed by the defendant. In determining the appropriate sentence for defendant, the court must consider the defendant's history and characteristics, the nature and seriousness of the offense, the need to provide just punishment and adequate deterrence, the need to promote respect for the law, and the need to protect the public from further crimes committed by the defendant. 18 U.S.C. §§3553(a)(1)-(2). Here, defendant was not just a courier.  He was distributing methamphetamine on the streets to the community and was only stopped after he was identified selling drugs to a confidential informant working with law enforcement.

**Government's Sentencing Memorandum**                                                          **Page 2**

This conviction reflects a particularly troubling disregard for the laws of the United States and the safety of this community when you consider defendant is here within the US illegally distributing drugs.

**Conclusion**

Based on the foregoing, the government recommends this Court impose a low-end 57-month term of imprisonment followed by a 5-year term of supervised release, as well as orally pronounce forfeiture as described in the preliminary and final order of forfeiture - which should also be reflected in the judgment.

Dated: May 6, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Kemp L. Strickland*
KEMP L. STRICKLAND, OSB #961185
Assistant United States Attorney